TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| L.M., V.M., and R.L.,<br><br>            Petitioners,<br><br>     v.<br><br>KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, in her official capacity as Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; TODD LYONS, in his official capacity as Acting Director and Senior Official Performing Duties of the Director for U.S. Immigration and Customs Enforcement; JASON KNIGHT, in his official capacity as Acting Field Office Director, Salt Lake City Field Office Director, U.S. Immigration & Customs Enforcement; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; JOHN MATTOS, in his official capacity as Warden, Nevada Southern Detention Center,<br><br>            Respondents. | Case No. 2:25-cv-02194-RFB-BNW<br><br>**Stipulated Briefing Schedule and Proposed Scheduling Order** |

Petitioners and Federal Respondents, by and through their undersigned counsel, hereby stipulate and jointly request that the Court enter the following briefing schedule on

the merits of the Petition for Writ of Habeas Corpus (ECF No. 1), pursuant to the Court's January 14, 2026, Order (ECF No. 24). This Stipulation is entered into in good faith and not for purposes of delay.

## I.    STATUS OF THE PROCEEDINGS

1. On November 6, 2025, Petitioners filed a Petition for Writ of Habeas Corpus (ECF No. 1) and an Application for a Temporary Restraining Order and Motion for Preliminary Injunction seeking immediate release from custody (ECF No. 2).

2. Federal Respondents timely opposed Petitioners' request for preliminary injunctive relief, and the Court held an expedited hearing on the motion. *See* ECF Nos. 16, 17.

3. On January 14, 2026, the Court issued an Order Granting Petitioners' Motion for Preliminary Injunction, directing that Petitioners be released from custody subject to the conditions of their prior grants of parole. ECF No. 24.

4. In the same Order, the Court further directed the parties to file a stipulated briefing schedule addressing the merits of the Petition for Writ of Habeas Corpus. ECF No. 24.

## II.    PROPOSED SCHEDULING TO MEET ALL DEADLINES

Pursuant to the Court's Order, the Parties respectfully propose the following briefing schedule on the merits of the Petition:

1. Federal Respondents shall file their Response to the Petition for Writ of Habeas Corpus on or before February 20, 2026.

2. Petitioners shall file their Reply in support of the Petition on or before March 6, 2026.

/ /

/ /

/ /

/ /

/ /

2

No further briefing is requested absent leave of Court.

IT IS SO STIPULATED

**UNLV IMMIGRATION CLINIC**

/s/ Michael Kagan
Michael Kagan
Nevada Bar. No. 12318C

/s/ Victoria Callier
Victoria Callier
Student Attorney Practicing
Under Nevada Supreme Court Rule 49.3

/s/ Katrina Pineda
Katrina Pineda
Student Attorney Practicing
Under Nevada Supreme Court Rule 49.3

**UNLV IMMIGRATION CLINIC**
Thomas & Mack Legal Clinic
William S. Boyd School of Law
University of Nevada, Las Vegas
P.O. Box 71075
Las Vegas, Nevada 89170
Telephone: 702-895-3000
Facsimlie: 702-895-2081

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Christian R. Ruiz
CHRISTIAN R. RUIZ
VIRGINIA T. TOMOVA
Assistant United States Attorneys

Respectfully submitted this 21st day of January 2026.

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** January 22, 2026.

3